# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | GLENN A. GRUBER |
| **Case Number:** | 16-20212-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 04, 2018 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/8/18 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#31 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  31 / 0

*Appearances:*

Debtor: A. Steidl
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __X__ Other:

Per order attached
COD (#31) withdrawn

12/28/201`  11:01:02AM