**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  GLENN A. GRUBER<br><br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>      Movant<br>         vs.<br>  GLENN A. GRUBER<br><br>         Respondents | Case No. 16-20212JAD<br><br>Chapter 13<br><br>Document No. __39__ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __18th__ day of __September__, 20__18__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Marsa Inc<br>
Attn: Payroll Manager<br>
1000 Castleview Rd<br>
Pittsburgh, PA 15234

is hereby ordered to immediately terminate the attachment of the wages of GLENN A. GRUBER, social security number XXX-XX-9081. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GLENN A. GRUBER.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
9/18/18 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20212-JAD
Glenn A. Gruber                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2       User: dkam              Page 1 of 1            Date Rcvd: Sep 18, 2018
                           Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db             +Glenn A. Gruber,    96 East Main Street,    PO Box 96,    West Middletown, PA 15379-0096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMorgan Chase Bank, National Association
               andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Debtor Glenn A. Gruber chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
               inberg.com
              James Warmbrodt    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 5